UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMEAS WALKER, JR., | No. 2:16-cv-0047-EFB P |
| Petitioner, | |
| v. | ORDER |
| JEFFREY BEARD, et al., | |
| Respondents. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] His application (ECF No. 6) attacks a conviction imposed by the Alameda County Superior Court. Petitioner is currently confined to High Desert State Prison in Lassen County.

Pursuant to 28 U.S.C § 2241(d), courts in both the district of confinement and the district of conviction have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. However, any and all witnesses and evidence necessary for the resolution of petitioner's application may be more readily available in the county of conviction. *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499 n. 15 (1973); 28 U.S.C. § 2241(d).

/////

---

[1] He also seeks leave to proceed in forma pauperis. ECF No. 5.

1     Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
2 transferred to the United States District Court for the Northern District of California.
3 DATED: March 11, 2016.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE

2